UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CALERO et al., <br><br> Plaintiffs, <br><br> -against- <br><br> LOTUS 17 INC. et al., <br><br> Defendants. | 24-cv-5257 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Per the Court's March 17, 2025 order, post-discovery summary judgment motions were due May 26, 2025. *See* Dkt. 25. Neither party has moved for summary judgment. The parties should meet and confer and propose two separate weeks in September and October that work for all parties and all witnesses to try this case.

    SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                       United States District Judge